# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **THE NOCO COMPANY,** | ) |
| Plaintiff, | ) CASE NO: 1:19-cv-00853 |
| v. | ) JUDGE DONALD C. NUGENT |
| **CTEK, INC., et al.,** | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Status Conference.

After due consideration, and for good cause shown, the Motion is hereby GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that a Status Conference is to be held on _____, 2019 at _____ am/pm.

**IT IS SO ORDERED.**

_____             _____

DATE                                                   JUDGE DONALD C. NUGENT

Exhibit A