UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE NOCO COMPANY, | ) | CASE NO. 1:19-CV-00853-DCN |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| CTEK, INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF LARS SVENSSON

I, Lars Svensson, declare as follows:

1. I am Head of Quality and Project Management for CTEK Sweden AB ("CTEK Sweden"). I am over the age of 18 years and I am competent to testify of my own personal knowledge about the matters contained herein.

**CTEK SWEDEN AB**

2. CTEK Sweden is a corporation organized and existing under the laws of Sweden with its principal place of business at Rostugnsvägen 3, Vikmanshyttan, SE-776 70, Sweden.

3. CTEK Sweden has no location in Ohio or the United States, does not operate out of any location in Ohio or the United States, and has no employees in Ohio or the United States.

4. CTEK Sweden has no real estate holdings in the United States, no leases of property in the United States, and no offices in the United States.

5. In 2017 and 2018, CTEK Sweden's revenue from sales to the United States represented less than 1% of its total revenue.

6. CTEK Sweden has identified no sales directly to Ohio.

12489224 v1

7. None of CTEK Sweden's sales in the United States or other contacts in the United States have involved in any way information supposedly contained in the A4 LAD Book or any other allegedly confidential or proprietary information from The NOCO Company ("NOCO").

**CTEK, INC. IS A WHOLLY OWNED SUBSIDIARY OF CTEK SWEDEN**

8. CTEK Inc. is a wholly owned subsidiary of CTEK Sweden.

9. CTEK Sweden and CTEK, Inc. are separate legal entities, having been independently incorporated with separate and independent places of business.

10. Corporate formalities are observed between CTEK Inc. and CTEK Sweden.

11. CTEK Sweden and CTEK, Inc. maintain separate corporate records, books, financial records, annual reports, bank accounts, and file their own, independent taxes. The two entities are also financially independent.

12. CTEK Sweden and CTEK, Inc. do not share assets or commingle revenue. CTEK Inc. has its own budget and sales goals.

13. CTEK Sweden does not exert control over the daily affairs of CTEK Inc.

14. CTEK Sweden and CTEK, Inc. maintain separate addresses and telephone lines as they are on different continents.

15. CTEK Sweden does not operate from or maintain any employees at CTEK, Inc's Ohio location or any other United States location.

16. CTEK Inc. and CTEK Sweden do not share any employees and share only a single corporate officer, Jon Lind, CEO of both CTEK Inc. and CTEK Sweden. Jon Lind did not attend the Australian Auto Aftermarket Expo in Melbourne, Australia (the "Australian Expo").

17. CTEK Sweden and CTEK, Inc. perform separate business and organizational functions and services.

12489224 v1

18. While CTEK Sweden designs, manufacturers, and performs some sales and marketing functions worldwide, CTEK, Inc. performs distribution and marketing functions for the North American market, including the United States, at arms-length. CTEK, Inc. does not carry out any product development, production, or supply chain management.

19. CTEK, Inc. purchases products directly from CTEK Sweden's suppliers, and these suppliers invoice CTEK, Inc. directly.

20. CTEK Inc. uses CTEK Sweden's patents and trademarks pursuant to a Services Agreement executed by the two entities.

## THE AUSTRALIAN EXPO AND A4 LAD BOOK

21. Three CTEK Sweden employees attended the Australian Expo.

22. CTEK Sweden did not direct, instruct, or otherwise encourage anyone to take NOCO's A4 LAD Book.

23. CTEK Sweden does not have and has never had NOCO's A4 LAD Book and no one currently employed by CTEK Sweden has received any information supposedly contained in the A4 LAD Book.

24. After learning that an employee had been involved in taking a book from the NOCO booth, CTEK Sweden promptly terminated that employee.

25. CTEK Sweden does not condone and did not in any way ratify the former employee's conduct.

26. It follows that CTEK Sweden has not had any contacts in the United States or Ohio related to any information contained in the A4 LAD Book or exchanged any information related to NOCO's A4 LAD Book with anyone.

*[Remainder of Page Intentionally Left Blank]*

12489224 v1

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on my knowledge, information, and belief.

Executed this 10 day of July, 2019, at Vilmanshyttan, Sweden

Lars Svensson

12489224 v1