

Case: 1:19-cv-00853-DCN  Doc #: 32-2  Filed: 08/01/19  1 of 4.  PageID #: 278

Exhibit 2


Case: 1:19-cv-00853-DCN Doc #: 32-2 Filed: 08/01/19 2 of 4. PageID #: 279


Case: 1:19-cv-00853-DCN Doc #: 32-2 Filed: 08/01/19 3 of 4. PageID #: 280

Case: 1:19-cv-00853-DCN  Doc #: 32-2  Filed: 08/01/19  4 of 4.  PageID #: 281

