1   between CTEK Sweden and CTEK Inc.
2       Q.   Does CTEK Inc. have resellers in
3   North America?
4       A.   Yes.
5            MR. COVEY:  Objection to form.
6       Q.   Does CTEK Inc. have resellers in the
7   United States of America?
8       A.   Yes.
9       Q.   Do you know how many?
10      A.   No.
11           MR. COVEY:  Again, I believe that
12      this is beyond the scope of the CTEK
13      Sweden 30(b).
14      Q.   Which entity, CTEK Sweden or CTEK
15  Inc. enters into the agreements with the
16  resellers?
17      A.   Could you repeat that question,
18  please?
19      Q.   With respect to United States
20  resellers, which entity, CTEK Sweden or CTEK
21  Inc., enters into those agreements?
22      A.   CTEK Inc.
23           MR. PINNEY:  Let's mark an exhibit,
24      I think, that we found online for the
25      witness.

1   maintain offices or places of business in all
2   other facilities in the territory as deemed
3   required by service recipient in order to
4   perform its obligations under this agreement."
5   Do you see that?
6       A.   Yes.
7       Q.   Has service provider, meaning CTEK
8   Sweden, done so?
9       A.   No.
10      Q.   Why not?
11      A.   CTEK Inc. has taken care of that.
12      Q.   At any point has CTEK Sweden
13  maintained offices or places of business in
14  the territory?
15      A.   No, not according to my knowledge.
16      Q.   Has CTEK Sweden ever loaned CTEK
17  Inc. any money?
18           MR. COVEY:  Objection to form.
19      A.   We have loan agreement between the
20  companies.
21      Q.   Describe that.
22      A.   I cannot.  I don't have the details.
23  But there is a loan agreement between the
24  companies.  If we have used that or not, I
25  don't know that today sitting here.

```
 1         Q.    So you're the CEO, and you don't
 2    know if either party has used a loan
 3    agreement?
 4         A.    Correct.
 5         Q.    Section 3.5 states in the last
 6    paragraph, "Service recipient shall at all
 7    reasonable times have access to service
 8    provider's premises for inter alia inspecting
 9    these records and accounts."  Do you see that?
10         A.    Where did I read?  Sorry, I lost
11    you.
12         Q.    I apologize.  The last sentence of
13    section 3.5.
14              MR. COVEY:  It's not the last.  It's
15         above that paragraph.
16              MR. PINNEY:  Oh, I see.  You're
17         right, I apologize.  There's a sentence
18         below.  Ignore that one.
19         A.    Could you please repeat?
20         Q.    Sure.  In the first paragraph of
21    3.5, the last sentence of that first
22    paragraph, it states, "Service recipient shall
23    at all reasonable times have access to service
24    provider's premises for inter alia inspecting
25    these records and accounts."  Do you see that?
```

Jon Lind
November 4th, 2019

**CONFIDENTIAL**

142

```
 1          Q.    When you, as the CEO of CTEK Sweden,
 2    describe the activities of CTEK Inc., do you
 3    reference any policies prior to doing so?
 4              MR. COVEY:  Objection to form.
 5          A.    Please ask that question again.
 6          Q.    Sure.  Before you publicly discuss
 7    the business activities of CTEK Inc., do you
 8    reference any policies before doing so?
 9              MR. COVEY:  Objection to form.
10          A.    I cannot recall that there are
11    policies that I read in policies before I'm
12    talking about CTEK Inc., no.
13          Q.    Does CTEK Sweden or CTEK Holdings
14    have any policies or procedures designed to
15    prevent the public from being confused about
16    the differences between the parent and the
17    subsidiary entities?
18              MR. COVEY:  Objection to form.
19          A.    You refer to policies?
20          Q.    Yes, or procedures.
21          A.    Or procedures.
22              MR. COVEY:  Again, objection to
23        form.
24          A.    I can only refer to our company
25    presentation that describe the way we operate
```

```
 1      the company.
 2           Q.    And what presentation is that?
 3           A.    I don't have a name of the
 4      presentation.
 5           Q.    Can you describe it?
 6           A.    Not in details.
 7           Q.    Can you describe what it says with
 8      respect to the issue of maintaining a
 9      distinction between the parent and subsidiary
10      entities?
11                 MR. COVEY:  Objection.
12           A.    The company presentation describe
13      how we operate on a global basis in different
14      markets.  So from my point of view, that
15      describe that part you're asking about,
16      totally or partly.
17           Q.    Who has a copy of that presentation?
18      Do you?
19           A.    I can ask for it.
20           Q.    Does CTEK Sweden maintain what is
21      known as a CRM system?
22           A.    Could you ask that question again?
23           Q.    Are you familiar with the acronym
24      CRM?
25           A.    Yes, I am.
```