## Cook, Nora

| | |
|---|---|
| **From:** | Justine Lara Konicki <jlk@kjk.com> |
| **Sent:** | Tuesday, September 1, 2020 4:25 PM |
| **To:** | Cook, Nora |
| **Cc:** | Justine Lara Konicki |
| **Subject:** | RE: The NOCO Company v. CTEK, Inc., et al. |

**\*\*\* External E-Mail - Use Caution \*\*\***

Nora – I have not reviewed but from the title of the documents I see it is discovery. You did not send word versions, please send.

**JUSTINE LARA KONICKI**
**Partner | KJK**

**Direct:** 216.736.7211
**Mobile:** 216.338.5117
**Email:** jlk@KJK.com

1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114
KJK.com | Confidentiality Notice

**Visit** KJK's COVID-19 Resource Center
LinkedIn | Facebook | Twitter

---

**From:** Cook, Nora [mailto:NCook@beneschlaw.com]
**Sent:** Tuesday, September 1, 2020 4:16 PM
**To:** Justine Lara Konicki <jlk@kjk.com>; Alex M. Welsh <amw@kjk.com>; Jon J. Pinney <jjp@kjk.com>
**Cc:** Covey, Trevor G. <TCovey@beneschlaw.com>
**Subject:** The NOCO Company v. CTEK, Inc., et al.

Counsel,
Please see the attached correspondence in the above-captioned matter.
Thank you,
Nora

**Nora K. Cook**
Associate
Litigation
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

1

# EXHIBIT A

Ph:      216.363.4418
Cell:    440.223.3117
Fax:     216.363.4588
Email:  ncook@beneschlaw.com
www.beneschlaw.com



Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

2

# EXHIBIT A